**Dismissed and Opinion Filed December 6, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00686-CV

## IN THE INTEREST OF K.J.C., JR., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-14313**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Kennedy
Opinion by Justice Goldstein

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by October 17, 2024. By postcard dated October 18, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


240686f.p05

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.J.C., JR.,
A CHILD

No. 05-24-00686-CV

On Appeal from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-22-14313.
Opinion delivered by Justice
Goldstein. Chief Justice Burns and
Justice Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 6th day of December, 2024.